UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| HUGH MOSLEY, | |
| Plaintiff, | 2:12-CV-02053-RCJ-VCF |
| v. | |
| EXCALIBUR HOTEL & CASINO, | O R D E R |
| Defendant. | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #4) entered on January 8, 2013, in which the Magistrate Judge recommends that the Court enter an order denying Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #4).

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis I* (ECF #1) is DENIED.

IT IS SO ORDERED this 25TH day of February, 2013.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE