UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HUGH MOSLEY, <br><br> Plaintiff, <br><br> vs. <br><br> NEW CASTLE CORP., et al <br><br> Defendants. | Case No. 2:12-cv-02053-JAD-NJK <br><br> ORDER DENYING MOTION TO STAY DISCOVERY (Docket No. 25) |

Pending before the Court is Defendants' motion to stay discovery pending a ruling on the motion to dismiss. Docket No. 25. Defendants provide no support for their request other than the fact that a potentially dispositive motion to dismiss is pending. *Id.*, at 11. The pendency of a motion to dismiss alone does not in itself stay discovery. *See, e.g.*, *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 600 (D. Nev. 2011) ("The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending"). Instead, parties seeking to stay discovery must make a showing that such a stay is proper under the standards announced in *Tradebay*, 278 F.R.D. at 601-03. As no such showing has been made here, the motion to stay discovery is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: October 2, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge