MARCUS B. SMITH, ESQ., Bar # 12098
LITTLER MENDELSON
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:         702.862.8811

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HUGH MOSLEY,<br><br>            Plaintiffs,<br><br>vs.<br><br>NEW CASTLE CORP. Dba EXCALIBUR HOTEL & CASINO, *et al.*,<br><br>            Defendants. | Case No.: 2:12-cv-02053-RCJ-NKJ |

### EX PARTE MOTION AND PROPOSED ORDER FOR REMOVAL OF MARCUS B. SMITH, ESQ. FROM CM/ECF SERVICE LIST

Marcus B. Smith, Esq., of the law firm LITTLER MENDELSON, P.C. hereby moves this court for an Order removing himself from the electronic service list for this case.

The basis for the Motion is that Marcus B. Smith no longer works for the law firm Jackson Lewis, P.C., and no longer has an interest in the outcome of this case.

Dated this 24 day of April, 2014.

*/s/ Marcus B. Smith*
MARCUS B. SMITH, ESQ.
LITTLER MENDELSON, P.C.

### ORDER

IT IS SO ORDERED.
DATED: April 25, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge