Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel:  (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HUGH MOSLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>NEW CASTLE CORP. dba EXCALIBUR HOTEL & CASINO; DOES I through X, inclusive; ROD CORPORATION I through X, inclusive,<br><br>        Defendant. | Case No.: 2:12-cv-02053-RCJ-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff HUGH MOSLEY and NEW CASTLE CORP. dba EXCALIBUR HOTEL & CASINO ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Dated:  September 30, 2014                    Dated:  September 30, 2014


_____            /s/Trevor J. Hatfield_____
Veronica Arechederra Hall                   Trevor J. Hatfield
3800 Howard Hughes Parkway, Ste. 600        703 S. Eighth St.
Las Vegas, NV 89169                         Las Vegas, NV 89101

Attorneys for Defendant                     Attorneys for Plaintiff


**IT IS SO ORDERED.**

DATED this 6th day of October, 2014.



_____
ROBERT C. JONES


4832-5251-5102, v.  1